UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00072-RJC

| CRYSTAL GAYLE SULLIVAN, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's Consent Motion for Remand (Doc. No. 9). The Defendant seeks a judgment reversing its decision and remanding this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Plaintiff's counsel has consented to the Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Remand (Doc. No. 9) is **GRANTED** and the Commissioner's decision is **REVERSED** with a **REMAND** of the case to the Commissioner for further proceedings.

**IT IS FUTHER ORDERED** that Plaintiff's Motion (Doc. No. 7) is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: July 25, 2023

_____
Robert J. Conrad, Jr.
United States District Judge